(95 South. 340)

### Ex parte SOUTHERN FINANCE CO.
### (6 Div. 838.)

(Supreme Court of Alabama. Feb. 8, 1923.)

Certiorari to Court of Appeals.

Petition of the Southern Finance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of the Court of Appeals in the case of Southern Finance Co. v. Foster, 95 South. 338. Denied.

D. D. Trimble, of Birmingham, for petitioner. Beddow & Oberdorfer, of Birmingham, opposed.

PER CURIAM. Petition of Southern Finance Company for certiorari to Court of Appeals to review and revise the judgment and decision of the Court of Appeals in the case of Southern Finance Co. v. Robert Foster, 95 South. 338. Writ denied.